

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

**NO. 02-11-00216-CR**
**NO. 02-11-00217-CR**

EDWARD WAYNE CHAPMAN                                          APPELLANT

V.

THE STATE OF TEXAS                                                   STATE

----------

FROM THE 432ND DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

Pursuant to a plea bargain in each case and upon his pleas of guilty to robbery by threats and possession of one or more but less than four grams of a controlled substance—methamphetamine—with intent to deliver, the trial court convicted Appellant Edward Wayne Chapman of the two offenses, both of which

---

[1]See Tex. R. App. P. 47.4.

are second-degree felonies.[2]  Appellant signed judicial confessions in which he also pled true to the habitual allegations in each case, making the range of confinement twenty-five years to ninety-nine years in each case.[3]  The trial court sentenced him to serve twenty-five years' confinement in each case, with the sentences to run concurrently.  Appellant filed a timely notice of appeal in each case.

For each case, the trial court's certification states that this is a plea-bargained case and that Appellant has no right of appeal.  Accordingly, we informed Appellant by letter on June 14, 2011, that these cases would be subject to dismissal unless he or any party showed grounds for continuing the appeals on or before June 24, 2011.[4]  Neither Appellant's retained trial counsel's response nor Appellant's pro se response shows grounds for continuing these appeals.

---

[2]*See* Tex. Penal Code Ann. § 29.02(a), (b) (West 2011) (providing that robbery is a second-degree felony); Tex. Health & Safety Code Ann. §§ 481.102(6), .112(c) (West 2010) (providing that methamphetamine is in Penalty Group 1 and that possession of one or more but less than four grams of a Penalty Group 1 substance is a second-degree felony).

[3]*See* Tex. Penal Code Ann. § 12.42(d) (West 2011).

[4]*See* Tex. R. App. P. 25.2(a)(2), 25.2(d).

We therefore dismiss these appeals.[5]

PER CURIAM

PANEL:  DAUPHINOT, GARDNER, and WALKER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  July 21, 2011

---

[5]*See* Tex. R. App. P. 25.2(d), 43.2(f).